IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*
ANTONIO GUTIERREZ, and in
His personal capacity

        Plaintiff,

v.          Civ. No. 03-774  JP/WDS

STATE GOVERNMENT OF THE
STATE OF NEW MEXICO; the NEW
MEXICO DEPARTMENT OF TAXATION
and REVENUE; the NEW MEXICO
MOTOR VEHICLE DIVISION; the NEW
MEXICO LEGISLATIVE DEPARTMENT;
the NEW MEXICO JUDICIAL DEPARTMENT;

        Defendants.

## ORDER

On August 18, 2003 Thomas Hyland, *pro se*, filed a Motion to Intervene (Doc. No. 26) and a Motion for Temporary Restraining Order (Doc. No. 28). These motions are moot as the Court dismissed Plaintiff's underlying action against the State of New Mexico in a Memorandum Opinion and Order of Dismissal filed on August 14, 2003. (Doc. No. 25).

IT IS THEREFORE ORDERED that Thomas Hyland's Motion to Intervene (Doc. No.26) and Motion for Temporary Restraining Order (Doc. No. 28) are denied as moot.

*/s/ James A. Parker*
CHIEF UNITED STATES DISTRICT JUDGE