# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, *ex rel*
ANTONIO GUTIERREZ, and in
His personal capacity

        Plaintiff,

v.  Civ. No. 03-774  JP/WDS

STATE GOVERNMENT OF THE
STATE OF NEW MEXICO; the NEW
MEXICO DEPARTMENT OF TAXATION
and REVENUE; the NEW MEXICO
MOTOR VEHICLE DIVISION; the NEW
MEXICO LEGISLATIVE DEPARTMENT;
the NEW MEXICO JUDICIAL DEPARTMENT;

        Defendants.

## ORDER

On September 25, 2003 Gayle Coombs, *pro se*, filed a Motion to Intervene (Doc. No. 65). Gayle Coombs' Motion is moot as the Court dismissed Plaintiff's underlying action against the State of New Mexico in a Memorandum Opinion and Order of Dismissal filed on August 14, 2003.  (Doc. No. 25).

IT IS THEREFORE ORDERED that Gayle Coombs' Motion to Intervene (Doc. No. 65) is denied as moot.

                                        /s/ James A. Parker
                                        SENIOR UNITED STATES DISTRICT JUDGE